UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    ERNESTO NIEVES,

                       Plaintiff,

                              23-CV-4904 (VSB)
          -against-

                              **ORDER**
    PARAGON SYSTEMS, INC.,

                     Defendant.

-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, District Judge:

        In light of the ongoing settlement negotiations, the post-discovery conference scheduled for June 27, 2024, (Doc. 18), is hereby adjourned *sine die*. To the extent that either party wishes to move for summary judgment while settlement negotiations continue, the parties shall meet and confer regarding a proposed briefing schedule and submit a joint letter with the agreed-upon schedule to me for consideration.

SO ORDERED.

Dated: June 25, 2024
      New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge