**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ERNESTO NIEVES,

                    Plaintiff,                    23-CV-4904 (VSB) (OTW)

       -against-                                 **ORDER**

PARAGON SYSTEMS, INC.,

                    Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Pre-Settlement Conference Call on **Wednesday, September 25, 2024 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: September 3, 2024
       New York, New York

                                         *s/ Ona T. Wang*
                                         **Ona T. Wang**
                                         United States Magistrate Judge