UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ERNESTO NIEVES,                                            :
                                                           :
                          Plaintiff,                       :
                                                           :    23-CV-4904 (VSB)
             -against-                                     :
                                                           :    **ORDER**
PARAGON SYSTEMS, INC.,                                     :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, District Judge:

      The parties in the above-entitled action are hereby directed to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, whether any discovery disputes remain outstanding, and whether there are ongoing settlement discussions between the parties, by March 3, 2025.

SO ORDERED.

Dated:  February 20, 2025
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge